*Rose Li-Hwa Strobel*, pro se, in support of the petition.

Decided December 30, 2002

STATE OF CONNECTICUT *v.* AUTILIO A. PEREIRA

*Robert P. Pickering*, in support of the petition.

*Michele C. Lukban*, assistant state's attorney, in opposition.

Decided January 9, 2003

STATE OF CONNECTICUT *v.* RICARDO PEREIRA

*James B. Streeto*, assistant public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided January 9, 2003

ROBERT W. KING *v.* COMMISSIONER OF CORRECTION

*Alison R. Lanoue*, in support of the petition.

*Melissa L. Streeto*, deputy assistant state's attorney, in opposition.

Decided January 9, 2003

## STATE OF CONNECTICUT *v.* JASPER MCFADDEN

*Salvatore C. Adamo*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided January 9, 2003

## KENNETH F. LEMOINE, JR. *v.* COMMISSIONER OF CORRECTION

*Conrad Ost Seifert*, special public defender, in support of the petition.

*Toni M. Smith-Rosario*, assistant state's attorney, in opposition.

Decided January 9, 2003

## COALITION TO SAVE HORSEBARN HILL ET AL. *v.* FREEDOM OF INFORMATION COMMISSION ET AL.